UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:11-CR-00357-BR-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| STEPHON SMITH, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to seal his motion to file a new plea agreement and to seal the instant motion. For good cause shown, the motion is ALLOWED IN PART. The Clerk is DIRECTED to maintain under seal the motion to file a new plea agreement. Because nothing confidential is contained within the motion to seal itself, it shall be filed as a public record.

This 8 February 2012.

W. Earl Britt
Senior U.S. District Judge